**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LAWTWAINA BROWN**                                                                                          **PLAINTIFF**

**4:19-CV-00183-BRW**

**USABLE MUTUAL INSURANCE**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 11th day of June, 2020.

                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE